FANNIE GOTTFRIED v. 97 BLEECKER STREET, INC., and Others.— Motion

denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.